1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE DIVISION
11

| | |
|---|---|
| NECA-IBEW PENSION FUND (THE DECATUR PLAN), et al., ) ) ) | Case No.: C-06-3742   PVT<br>C-06-5503   PVT<br>C-06-5949   PVT |
| Plaintiffs, ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT OR REQUEST FOR REASSIGNMENT** |
| v. ) | |
| UZI GALIL, et al., ) ) | |
| Defendants. ) _____) | |
| MILTON PFEIFFER, et al., ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| ZORAN CORP., et al., ) ) | |
| Defendants. ) _____) | |
| GERALD DEL ROSARIO, et al., ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| AHARON., et al., ) ) | |
| Defendants. ) _____) | |

ORDER, *page 1*

On October 24, 2006, Magistrate Judge Patricia V. Trumbull signed an order relating Rosario et al v. Aharon et al., C-06-5949 (the "Rosario case") to related cases NECA-IBEW Pension Fund (The Decatur Plan) et al. v. Galil et al., C-06-3742 (the "Decatur Plan case") and Pfeiffer et al. v. Zoran Corp. et al., C-06-5503 (the "Pfeiffer case").[1]  The Decatur Plan and Pfeiffer cases are currently on calendar for a Case Management Conference on October 31, 2006.  In light of the recent relation of a third case,

IT IS HEREBY ORDERED that:

1. The Case Management Conference scheduled for October 31, 2006 in the Decatur Plan and Pfeiffer cases is continued to November 14, 2006 and shall include the Rosario case;

2. A Joint Case Management Conference Statement for all three cases is due on November 7, 2006; and

3. No later than November 7, 2006 each party in each case shall file either a Consent to Magistrate Judge Jurisdiction or a Declination and Request for Reassignment to a District Court Judge.[2]

IT IS SO ORDERED.

Dated: October 24, 2006

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] The appropriate forms are available from the clerk of the court, or from the "forms" section of the court's website (www.cand.uscourts.gov).

ORDER, *page 2*