IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STANDING ORDER FOR EARLY NOTICE TO CLASS MEMBERS**
**IN FEDERAL SECURITIES CASES**
**BEFORE THE HONORABLE WILLIAM ALSUP**

In publishing any early notice to class members under 15 U.S.C. 78u-4(a)(3), plaintiff(s) shall make clear that any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice (and need not necessarily do so through plaintiff's counsel) and that, at the early-notice stage, returning a form to counsel or communicating with counsel is unnecessary to participate in any recovery.

**IT IS SO ORDERED.**

Dated: April 10, 2001.                                                    /s/William Alsup
                                                                                        WILLIAM ALSUP
                                                                                        UNITED STATES DISTRICT JUDGE

G:\WHA\Order Forms\SecuritiesCases.wpd